1054

THE STATE OF WASHINGTON, *Respondent*, v. SIMON R. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03176-2, Harold D. Clarke III, J., entered October 11, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL JOSEPH PETTY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-00155-6, Robert G. Swisher and Cameron Mitchell, JJ., entered February 16, 2005 and February 2, 2006. *Reversed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. VALENTIN PALOMARES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 05-1-00438-7, Donald W. Schacht, J., entered March 28, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Kato, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent*, v. REYNALDO MORA BRIONES, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 01-1-00594-8, Vic L. VanderSchoor, J., entered April 20, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.